```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YELITZA PICON, ON BEHALF OF HERSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

                Plaintiffs,

-against-

WESTCHESTER JEWELRY, INC.,

                Defendant.

1:22-cv-03439-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' joint request to conduct the Initial Pretrial Conference scheduled for November 29, 2022 via telephone. [ECF No. 23.] That request is GRANTED. The Courtroom Deputy will provide the parties with dial in information.

**SO ORDERED.**

Date: **November 28, 2022**
      New York, NY

                                    **MARY KAY VYSKOCIL**
                                    **United States District Judge**